| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAURIN L. DESSEAUX, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-01997 MHP |
| v. | ) | STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND THREE HUNDRED THIRTY SEVEN DOLLARS AND FIFTY CENTS ($5,337.50), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.  The check is to be payable to plaintiff's counsel:

> CANDACE C. DAVENPORT
> 1703 FIFTH AVE., SUITE 204
> SAN RAFAEL, CA 94901
> (415) 456-3606  fax: 453-3545

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

1   3. Payment of the FIVE THOUSAND THREE HUNDRED THIRTY SEVEN DOLLARS
AND FIFTY CENTS ($5,337.50) EAJA fees incurred in this court action, will constitute a complete
release from and bar to any and all claims, rights, causes of action, liens or subrogated interests
relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: June 1, 2006
/s/
CANDACE C. DAVENPORT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: June 2, 2006     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   June 5, 2006



MAR...
Unite...
Judge Marilyn H. Patel

IT IS SO ORDERED

DESSEAUX,  EAJA STIP (kl)
C 05-01997 MHP                           2